UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DAEMON JENKINS,

                              Petitioner,                        23 **CIVIL** 8274 (PAE)(RWL)

        -against-                                     **<u>JUDGMENT</u>**

MICHAEL CAPRA, Superintendent,
Sing Sing Correctional Facility,

                            Respondent.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 11, 2024, the Court has adopted the Report's recommendation to dismiss the petition for habeas corpus. Jenkins's failure to file timely written objections, as noted in the Report, precludes appellate review of this decision. See Caidor v. Onondaga Cnty., 517 F.3d 601,604 (2d Cir. 2008); Small v. Sec'y a/Health & Human Servs., 892 F.2d 15, 16 (2d Cir. 1989) (per curiam). The Court has therefore declined to issue a certificate of appealability and certifies that any appeal from the order would not be taken in good faith; therefore, in forma pauperis status is denied for the purpose ofan appeal. See Coppedge v. United States, 369 U.S. 438,445 (1962); accordingly, the case is closed.

**Dated:**  New York, New York
          December 11, 2024

                                                          **TAMMI M. HELLWIG**
                                                             **Clerk of Court**

                           **BY:**        *K. Mango*

                                                            **Deputy Clerk**